UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANDREAS OBOJES,

        Plaintiff,

v.                                Case No. 3:05-cv-170-J-99TEM

STATE OF FLORIDA,

        Defendant.

_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 9, 2005, the Court ordered Plaintiff to file a civil rights complaint within forty-five days.  Further, the Court notified Plaintiff that failure to do so would result in the dismissal of the action without further notice.  As of the date of this order, Plaintiff has not complied with the Court's Order of March 9, 2005.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.    This case is **DISMISSED** without prejudice.

2.    The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th  day of April, 2005.

sa 4/27
c:
Andreas Obojes

JOHN H. MOORE II
United States District Judge